■ In the Matter of the Arbitration between JOE FRIED, INC., and J. M. ROSE & Co., INC.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ REVLON, INC. v. RITEPRICE MERCHANDISE, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ HARLEM SAVINGS BANK v. ZARA MARCHANT et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant, Zara Marchant, procures the record on appeal and appellant's points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ JOHNSON HINTON v. CITY OF NEW YORK.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 5, 1960, with notice of argument for the January 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ CLARA LENICK v. WILLIAM LENICK.— Motion for a stay and for leave to dispense with printing granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court on or before November 3, 1960, with notice of argument for November 15, 1960, said appeal to be argued or submitted when reached. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ In the Matter of the Arbitration between ROSENTHAL-BLOCK CHINA CORPORATION et al., and ROSENTHAL-PORZELLAN AKTIENGESELLSCHAFT.— Motion for a stay granted on condition that the appeal is argued or submitted when reached on September 20, 1960. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ LANVIN PARFUMS, INC. v. LE DANS, LTD., et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the appellants' points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ MURRAY FABRICANT v. HYED REALTY CORP. et al.— Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeals to be argued or submitted when reached; and on the further condition that appellants continue the bond heretofore posted and pay plaintiff the sum of $500 per month for the use and occupancy of the mortgaged premises, pending the hearing and determination of the appeal. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS LEVINE.— Enlargement of time granted. Concur — Rabin, J. P., McNally, Stevens and Eager, JJ.